

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-22-00312-CV

---

**RICHARD K. MARCOUX, APPELLANT**

**V.**

**COLUMBIA MEDICAL CENTER OF ARLINGTON SUBSIDIARY, LP, APPELLEE**

---

On Appeal from the 342nd District Court
Tarrant County, Texas
Trial Court No. 342-335780-22, Honorable Kimberly Fitzpatrick, Presiding

---

June 16, 2023

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant, Richard K. Marcoux, appeals from the trial court's *Order Granting Defendant's Motion to Dismiss.*[1] Now pending before this Court is Appellant's unopposed motion seeking voluntary dismissal of the appeal. The Court finds that the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that

---

[1] Originally appealed to the Second Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001.

granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled. As no decision of the Court has been delivered to date, we grant the motion. The appeal is dismissed. Because the motion does not reflect an agreement of the parties concerning the payment of costs, costs will be taxed against Appellant. *See* TEX. R. APP. P. 42.1(d). No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam